JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| YADIRA VARELA, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>NUTRIBULLET, L.L.C., a California Limited Liability Company; CAPITAL BRANDS, L.L.C., a California Limited Liability Company; CALL TO ACTION, L.L.C. a California Limited Liability Company; HOMELAND HOUSEWARES, L.L.C., a California Limited  Liability Company; NUTRILIVING, L.L.C. a California Limited  Liability Company<br>        Defendants. | Case No.: 2:19-cv-02619-DDP (GJSx)<br><br>District Judge: Hon. Dean D. Pregerson<br><br>**ORDER RE: STIPULATION OF DISMISSAL** |

- 1 -
PROPOSED ORDER RE: STIPULATION OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The clerk is directed to close the file.

Dated: July 18, 2024

_

Judge Dean D. Pregerson
United States District Court Judge

- 2 -

PROPOSED ORDER RE: STIPULATION OF DISMISSAL